THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK VELICER; VELICER ICE, INC.; VELICER ICE MARINERS, LLC; and VELICER ICE KENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FALCONHEAD CAPITAL LLC,<br><br>Defendant. | Case No. 2:19-cv-01505-JLR<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

Pursuant to local rule 10(g), the parties, through their undersigned attorneys, stipulate and agree to an extension of time for Defendant Falconhead Capital LLC ("Falconhead") to respond to the Complaint until October 28, 2019, to accommodate Falconhead's recent engagement of local counsel.

IT IS SO STIPULATED.

//

//

//

//

//

STIPULATED MOTION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 1

578080-0001/4841-1072-9383.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

DATED this 26th day of September, 2019.

                                          Respectfully submitted,

*s/Daniel J. Oates*
Daniel J. Oates, WSBA No. 39334
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: dan.oates@millernash.com
Attorneys for Defendant Falconhead Capital LLC

Stipulated and agreed to by:

*Caroline Fichter*
Caroline B. Fichter, WSBA No. 42554
BUNDY LAW FIRM PLLC
5400 Carillon Point
Kirkland, WA 98033-7357
Tel: 425.822.7888
Fax: 206.801.3480
Email: fichter@myfranchiselawyer.com
*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT - 2

578080-0001/4841-1072-9383.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

**ORDER**

Upon stipulation of the parties, the Court hereby extends the time for Defendant Falconhead to respond to the Complaint until October 28, 2019.

IT IS SO ORDERED.

DATED this 26th day of Sept., 2019.

UNITED STATES DISTRICT COURT JUDGE
JAMES L. ROBART

STIPULATED MOTION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT - 3

578080-0001/4841-1072-9383.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121