UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK VELICER; VELICER ICE, INC.; VELICER ICE MARINERS, LLC; and VELICER ICE KENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FALCONHEAD CAPITAL LLC,<br><br>Defendant. | Case No. 2:19-CV-01505-JLR<br><br>**DEFENDANT'S MOTION TO EXTEND DEADLINES IN COURT ORDER DATED NOVEMBER 18, 2019 SETTING TRIAL DATES AND RELATED DATES**<br><br>**NOTED FOR CONSIDERATION: APRIL 17, 2020** |

Pursuant to Fed. R. Civ. P. 6 and 16, Defendant Falconhead Capital LLC ("Falconhead") respectfully submits this motion requesting that the Court issue an order extending all deadlines in the November 18, 2019 Scheduling Order, by ninety (90) days to allow for adequate time to complete discovery and permit the efficient handling of this litigation.

The parties agree that an extension of the scheduling deadlines is appropriate; however, the parties have not agreed as to the length of that extension. Falconhead requested that Plaintiffs Mark Velicer, Velicer Ice, Inc., Velicer Ice Mariners, LLC, and Velicer Ice Kent LLC (collectively "Plaintiffs") stipulate to the requested ninety (90) day extension of the scheduling deadlines but Plaintiffs would only agree to a forty-five (45) day extension. Because the parties were not able to resolve this dispute, Falconhead submits this motion on its own behalf.

DEFENDANT'S MOTION TO EXTEND DEADLINES IN COURT ORDER DATED NOVEMBER 18, 2019 SETTING TRIAL DATES AND RELATED DATES - 1

578080-0001/4834-3760-9401.1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

## PROCEDURAL HISTORY

Plaintiffs initiated this action by filing a complaint in the King County Superior Court in King County, Washington, on August 15, 2019. Thereafter, on September 19, 2019, Falconhead removed this action to federal court.

On October 28, 2019, Falconhead filed a Motion to Dismiss the Complaint. On March 11, 2020, the Court granted Falconhead's motion to dismiss, but gave Plaintiffs leave to amend their complaint on certain limited grounds. On March 31, 2020, Plaintiffs filed an amended complaint and supporting declaration. The discovery period is currently set to expire on November 2, 2020 and the deadline for dispositive motions is December 1, 2020.

## ARGUMENT

A ninety (90) day extension of the discovery deadlines would be appropriate under the circumstances and would serve the interest of efficiency and judicial economy.

First, Falconhead intends to file a motion to dismiss the amended complaint. If that motion is granted, it may result in the final resolution of the case. Even if not granted in full, the ruling on that motion could narrow the issues before the Court even further. Extending the existing scheduling deadlines would ensure that there was adequate time to undertake focused discovery based on the Court's ruling on the anticipated motion to dismiss, rather than forcing the parties to engage in broad discovery practice into subjects which may be rendered irrelevant by that ruling.

Second, it is also possible that Plaintiffs may attempt to further amend their pleadings, which could inject new factual allegations and change the scope of relevant discovery. Unless and until those amendments are made, Falconhead is unable to foresee what discovery may be needed.

Third, the parties' ability to efficiently litigate this action has been hampered by the COVID-19 pandemic and the related stay-at-home orders which have shuttered Falconhead's and its counsels' offices. This may substantially limit access to documents and services

DEFENDANT'S MOTION TO EXTEND DEADLINES IN COURT ORDER DATED NOVEMBER 18, 2019 SETTING TRIAL DATES AND RELATED DATES - 2

578080-0001/4834-3760-9401.1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

necessary for the litigation of this action. It may further impact the Court's ability to address any discovery disputes that may arise. It also impacts the parties' ability to engage in potential third-party discovery or to travel to conduct depositions in person, which Defendants wish to do if feasible. Extending the scheduling order by ninety (90) days would allow the party to appropriately address appropriately respond to these and other possible issues.

Rules 6 and 16 allow the Court to extend deadlines which have not yet passed for "good cause." The district court is "given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir.1992). The good cause standard "primarily considers the diligence of the party seeking the amendment." *Id.* at 609. "[A]n application for the enlargement of time under Rule 6(b)(1) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Federal Practice & Procedure* § 1165.

Good cause exists to grant the requested extension. Falconhead has been diligent in defending these claims. Falconhead's first motion to dismiss resulted in the substantial narrowing of the issues before the Court and Falconhead intends to file a second motion to dismiss Plaintiffs' Amended Complaint. There is no prejudice to Plaintiffs caused by a ninety (90) day extension of the scheduling deadlines, as it represents a modest extension beyond the forty-five (45) days which they proposed. Moreover, the extended deadlines, and any prejudicial effect from this brief additional delay, may be mooted by Falconhead's forthcoming motion to dismiss the amended complaint which could lead to final dismissal of this matter. Should that motion to dismiss be denied, the parties will have the benefit of additional time to conduct discovery more efficiently which may, ultimately, lead to earlier resolution of this matter. Additionally, the requested extension will allow the parties to better account for the impact of the COVID-19 pandemic and the related restriction on work and travel. Moreover, the extension will advance the interest of judicial economy. The pandemic has continued all previously scheduled trials for some period of months. Extending the deadline here will ensure that there is adequate

DEFENDANT'S MOTION TO EXTEND DEADLINES IN COURT ORDER DATED NOVEMBER 18, 2019 SETTING TRIAL DATES AND RELATED DATES - 3

578080-0001/4834-3760-9401.1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

space on the calendar to reschedule these delayed trials and otherwise balance the Court's workload in the coming months.

Finally, Falconhead makes this request in good faith, motivated by a desire to engage in efficient litigation, avoid unnecessary burden and expense, and serve the interest of judicial economy. Thus, the motion should be granted.

**WHEREFORE**, Defendant Falconhead respectfully requests that the Court extend all deadlines and dates in the November 18, 2019 Order, including the discovery deadline, by ninety (90) days as set forth in the attached proposed order.

DATED this 6th day of April, 2020.

*s/Daniel J. Oates*
Daniel J. Oates, WSBA No. 39334
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: dan.oates@millernash.com

Attorneys for Defendant Falconhead Capital LLC

DEFENDANT'S MOTION TO EXTEND DEADLINES IN COURT ORDER DATED NOVEMBER 18, 2019 SETTING TRIAL DATES AND RELATED DATES - 4

578080-0001/4834-3760-9401.1

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

## DECLARATION OF SERVICE

I, Jennifer Schnarr, hereby declare under penalty of perjury under the laws of the United States that on this 6th day of April, 2020, the foregoing document was filed using the CM/ECF system which will send notice of the same to all registered parties.

SIGNED at Seattle, Washington this 6th day of April, 2020.

*s/Jennifer L. Schnarr*
Jennifer L. Schnarr, Legal Assistant

DECLARATION OF SERVICE - 5

578080-0001/4834-3760-9401.1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599