1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

MARK VELICER; VELICER ICE, INC.;
VELICER ICE MARINERS, LLC; and
VELICER ICE KENT, LLC,

11

Plaintiffs,

12

vs.

13

FALCONHEAD CAPITAL LLC,

14

Defendant.

15

Case No. 2:19-CV-01505-JLR

**STIPULATION MOTION TO EXTEND RESPONSE DEADLINE AND TO AMEND SCHEDULING ORDER**

**NOTED FOR CONSIDERATION:
APRIL 9, 2020**

16

Plaintiffs Mark Velicer; Velicer Ice, Inc.; Velicer Ice Mariners, LLC; and Velicer Ice

17

Kent, LLC ("Plaintiffs") and Defendant Falconhead Capital LLC ("Falconhead") respectfully

18

submit this stipulated motion requesting that the Court issue an order (1) extending Falconhead's

19

deadline to answer or otherwise respond to the First Amended Complaint ("response deadline")

20

to April 28, 2020; and (2) extending all deadlines in the November 18, 2019 Scheduling Order,

21

by ninety (90) days to allow for adequate time to complete discovery and permit the efficient

22

handling of this litigation.

23

The parties agree that an extension of the scheduling deadlines and the response deadline

24

is appropriate for the following reasons.

25

## I.     PROCEDURAL HISTORY

26

Plaintiffs initiated this action by filing a complaint in the King County Superior Court in

STIPULATION MOTION TO EXTEND RESPONSE
DEADLINE AND TO AMEND SCHEDULING ORDER - 1

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

578080-0001/4818-4359-9801.1

1  King County, Washington, on August 15, 2019.  Thereafter, on September 19, 2019, Falconhead
2  removed this action to federal court.

3       On October 28, 2019, Falconhead filed a Motion to Dismiss the Complaint.  On March
4  11, 2020, the Court granted Falconhead's motion to dismiss, but gave Plaintiffs leave to amend.
5  On March 31, 2020, Plaintiffs filed their First Amended Complaint. The current deadline for
6  Falconhead to file an answer or responsive pleading is April 14, 2020. The discovery period is
7  currently set to expire on November 2, 2020 and the deadline for dispositive motions is
8  December 1, 2020.

9                    II.    **ARGUMENT**

10       Responsive Pleading Deadline: Falconhead seeks an extension of the responsive pleading
11  deadline to avoid interference with the Easter holiday. In addition, the First Amended Complaint
12  contains a variety of new allegations. Falconhead needs additional time to investigate these
13  allegations and prepare a motion to dismiss the First Amended Complaint. Plaintiffs do not
14  oppose this request.

15       Scheduling Order: A ninety (90) day extension of the scheduling order deadlines would
16  be appropriate under the circumstances and would serve the interest of efficiency and judicial
17  economy.

18       First, the parties agree that the extended cases schedule would be appropriate to allow the
19  parties to conduct complete discovery.

20       Second, the parties agree that their ability to efficiently litigate this action has been
21  hampered by the COVID-19 pandemic and the related stay-at-home orders.  As a result of these
22  orders, the parties' access to documents and services necessary for the litigation of this action has
23  been substantially limited. The pandemic will likely impact the Court's ability to address any
24  discovery disputes that may arise. It also impacts the parties' ability to engage in potential third-
25  party discovery or to travel to conduct depositions in person, which the parties wish to do if
26  feasible. Extending the scheduling order by ninety (90) days would allow the party to

STIPULATION MOTION TO EXTEND RESPONSE
DEADLINE AND TO AMEND SCHEDULING ORDER - 2

578080-0001/4818-4359-9801.1

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1   appropriately address appropriately respond to these and other possible issues.

2         Federal Rules of Civil Procedure 6 and 16 allow the Court to extend deadlines which

3   have not yet passed for "good cause."   The district court is "given broad discretion in

4   supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d

5   604, 607 (9th Cir.1992).   "[A]n application for the enlargement of time under Rule 6(b)(1)

6   normally will be granted in the absence of bad faith on the part of the party seeking relief or

7   prejudice to the adverse party." *Federal Practice & Procedure* § 1165.

8         Good cause exists to grant the requested extension for the reasons set forth above.   There

9   is no prejudice to the parties because the extensions proposed are by consent.   The extension also

10   will advance the interest of judicial economy. The pandemic has caused this District to continue

11   all previously scheduled trials for some period of months. Extending the deadline here will

12   ensure that there is adequate space on the calendar to reschedule these delayed trials and

13   otherwise balance the Court's workload in the coming months.

14         Finally, the parties make this request in good faith, motivated by a desire to engage in

15   efficient litigation, avoid unnecessary burden and expense, and serve the interest of judicial

16   economy.   Thus, the motion should be granted.

17         **WHEREFORE**, the parties respectfully requests that the Court (1) extend the response

18   deadline to April 28, 2020; and (2) extend all deadlines and dates in the November 18, 2019

19   Order, including the discovery deadline, by ninety (90) days as set forth in the attached proposed

20   order.

| STIPULATED AND AGREED to this 6th day of April, 2020 by: | STIPULATED AND AGREED to this 6th day of April, 2020 by: |
|---|---|
| *s/Daniel J. Oates* | *s/Caroline B. Fichter* |
| Daniel J. Oates, WSBA No. 39334 | Caroline B. Fichter, WSBA No. 42554 |
| MILLER NASH GRAHAM & DUNN LLP | BUNDY LAW FIRM PLLC |
| Pier 70, 2801 Alaskan Way, Suite 300 | 5400 Carillon Point |
| Seattle, WA 98121-1128 | Kirkland, WA 98033-7357 |
| Tel: (206) 624-8300 | Tel: 425-822-7888 |
| Fax: (206) 340-9599 | Fax: 425-307-6224 |

STIPULATION MOTION TO EXTEND RESPONSE
DEADLINE AND TO AMEND SCHEDULING ORDER - 3

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

578080-0001/4818-4359-9801.1

1
2

| Email: dan.oates@millernash.com<br>Attorneys for Defendant Falconhead Capital<br>LLC | Email: fichter@myfranchiselawyer.com<br>Attorneys for Plaintiffs |
| --- | --- |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION MOTION TO EXTEND RESPONSE
DEADLINE AND TO AMEND SCHEDULING ORDER - 4

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599