UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Mark Velicer, Velicer Ice, Inc., Velicer Ice Mariners, LLC, and Velicer Ice Kent LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Falconhead Capital LLC,<br><br>Defendant. | Case No. 2:19-CV-01505-JLR<br><br>**STIPULATION AND ORDER TO RESET TRIAL DATE** |

Pursuant to LCR 10(g) and the Court's Order of April 13, 2020 (ECF #26), Plaintiffs Mark Velicer; Velicer Ice, Inc.; Velicer Ice Mariners, LLC; and Velicer Ice Kent, LLC ("Plaintiffs") and Defendant Falconhead Capital LLC ("Falconhead") respectfully stipulate and agree to the Court dropping this case to end of its trial calendar (currently approximately July 2021) and issuing a new case schedule for all unexpired deadlines based on that new trial date.

IT IS SO STIPULATED

DATED this 22nd day of April, 2020.

| **STIPULATED AND AGREED to this 22nd day of April, 2020 by:** | **STIPULATED AND AGREED to this 22nd day of April, 2020 by:** |
|---|---|
| *s/Daniel J. Oates*<br>Daniel J. Oates, WSBA No. 39334<br>MILLER NASH GRAHAM & DUNN LLP<br>Pier 70, 2801 Alaskan Way, Suite 300<br>Seattle, WA  98121-1128 | *s/Caroline B. Fichter*<br>Caroline B. Fichter, WSBA No. 42554<br>BUNDY LAW FIRM PLLC<br>5400 Carillon Point<br>Kirkland, WA  98033-7357 |

Case No.:  2:19-CV-01505-JLR
STIPULATION AND ORDER             - 1 -

4817-9274-4890.1

| | |
|---|---|
| Tel: (206) 624-8300<br>Fax: (206) 340-9599<br>Email: dan.oates@millernash.com<br>Attorneys for Defendant Falconhead Capital LLC<br><br>*s/Constantine Fournaris*<br>Constantine Fournaris (*pro hac vice to be filed*)<br>WIGGIN AND DANA LLP<br>Two Liberty Place<br>50 S. 16th Street, 29th Floor<br>Philadelphia, PA 19102<br>Tel: (215) 988-8311<br>Fax: (203) 782-2889<br>cfournaris@wiggin.com<br><br>*s/John M. Doroghazi*<br>John M. Doroghazi (*pro hac vice*)<br>WIGGIN AND DANA LLP<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>(203) 498-4400<br>(203) 782-2889 fax<br>jdoroghazi@wiggin.com<br>Attorneys for Defendant Falconhead Capital LLC | Tel: 425-822-7888<br>Fax: 425-307-6224<br>Email: fichter@myfranchiselawyer.com<br>Attorneys for Plaintiffs |

Case No.: 2:19-CV-01505-JLR
STIPULATION AND ORDER        - 2

4817-9274-4890.1

# **ORDER**

IT IS SO ORDERED.

ORDERED this 23rd day of April, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by:

MILLER NASH GRAHAM & DUNN LLP

*s/Daniel J. Oates*
Daniel J. Oates, WSBA No. 39334
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Tel:  (206) 624-8300
Fax:  (206) 340-9599
Email: dan.oates@millernash.com
Attorneys for Defendant Falconhead Capital LLC

*s/Constantine Fournaris*
Constantine Fournaris (*pro hac vice*)
WIGGIN AND DANA LLP
Two Liberty Place
50 S. 16th Street, 29th Floor
Philadelphia, PA 19102
Tel: (215) 988-8311
Fax: (203) 782-2889
cfournaris@wiggin.com

*s/John M. Doroghazi*
John M. Doroghazi (*pro hac vice*)
WIGGIN AND DANA LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jdoroghazi@wiggin.com
Attorneys for Defendant Falconhead Capital LLC

Case No.:  2:19-CV-01505-JLR
STIPULATION AND ORDER                - 3

4817-9274-4890.1

Agreed to by:

*s/Caroline B. Fichter*
Caroline B. Fichter, WSBA No. 42554
BUNDY LAW FIRM PLLC
5400 Carillon Point
Kirkland, WA  98033-7357
Tel:  425-822-7888
Fax:  425-307-6224
Email: fichter@myfranchiselawyer.com
Attorneys for Plaintiffs

Case No.:  2:19-CV-01505-JLR
STIPULATION AND ORDER           - 4

4817-9274-4890.1